UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 04, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA LEBRON,

    Defendant.

Case No.  2:16CR181 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARIA LEBRON ,

Case No.  2:16CR181 JAM  Charge Failure to notify ten days prior to any change in residence , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): _____ sentenced to time served

Issued at Sacramento, California on October 04, 2016 at 9:50 a.m.

By:  /s/ _____

District Judge John A. Mendez